# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00108-CV

**Scarla Avery and Steven D. Avery, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
## NO. 227,670-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal involving the termination of parental rights of appellant Steven D. Avery to the child K.M..[1]  *See* Tex. Fam. Code Ann. § 263.405 (West 2008).  On June 26, 2009, this Court granted counsel's motion to withdraw and ordered appellants to notify this Court by July 6, 2009, whether they have hired new counsel or intend to proceed without representation.  This Court further ordered appellants to make arrangements to pay for the clerk's record and the reporter's record on or before July 20, 2009.  To date appellants have not responded or otherwise complied with this Court's order, and the district clerk has informed this Court that appellants have not made arrangements to pay for the clerk's record.  Accordingly, we dismiss the instant appeal.  *See* Tex. R. App. P. 42.3(b)-(c).

---

[1]  Appellant Scarla Avery is Steven D. Avery's mother and the grandmother of K.M.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed

Filed:   July 24, 2009